IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUDE D. BANKS,

    Petitioner,               No. CIV S-08-1003 GGH P

    vs.

D.K. SISTO, et al., Warden,

    Respondent.           ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 23, 2008, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's July 23, 2008 motion to dismiss should not be granted.

DATED: 09/23/08

                                               /s/ Gregory G. Hollows
                                               UNITED STATES MAGISTRATE JUDGE

GGH:035
bank1003.46hab

1