IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUDE D. BANKS,

    Petitioner,               No. CIV S-08-1003 GGH P

    vs.

D.K. SISTO, et al., Warden,

    Respondent.           ORDER

_____/

        By order filed September 23, 2008, petitioner was ordered to show cause, within thirty days, why his action should not be dismissed. The thirty day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.  In addition, the court has reviewed respondent's motion to dismiss and it has merit.

        IT IS HEREBY ORDERED that this action is dismissed.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: November 24, 2008

                                            /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

bank1003.fsc